IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STANLEY L. HOWARD                                                       PLAINTIFF

v.                  Civil No. 04-4132

SGT. JANICE NICHOLSON,
OFFICER HAMPTON,
OFFICER HOWARD, and
OFFICER BELL                                                       DEFENDANTS

## **O R D E R**

Now pending is defendants' motion (Doc. 24) to withdraw Angela R. Echols and substitute C. Burt Newell as counsel for the defendants.

For the reasons stated in the motion, it is granted.

The clerk is directed to withdraw Angela R. Echols as attorney for the defendants and enter C. Burt Newell of the law firm of Bachelor & Newell, P.O. Box 1620, Hot Springs, Arkansas 71902-1620, (501) 321-2222, Fax (501) 624-0533, as attorney for the defendants.

IT IS SO ORDERED this 19th day of June 2006.

                                                            **/s/ Bobby E. Shepherd**
                                                        _____
                                                        HON. BOBBY E. SHEPHERD
                                                        UNITED STATES MAGISTRATE JUDGE