IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

STANLEY L. HOWARD                                                                  PLAINTIFF

VS.                                    Civil No. 04-CV-4132

SGT. JANICE NICHOLSON,
OFFICER HAMPTON,
OFFICER HOWARD, and
OFFICER BELL                                                                        DEFENDANTS

## **ORDER**

Now on this 30th day of August, 2006, comes on for consideration the proposed findings and recommendations filed herein on August 10, 2006, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the summary judgment should be granted and the case is hereby dismissed.

IT IS SO ORDERED.

                                                   /s/ Harry F. Barnes
                                                   **HARRY F. BARNES**
                                                   **U.S. DISTRICT JUDGE**